PER CURIAM.
Affirmed. See State v. Dickey, 928 So.2d 1193 (Fla.2006); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Camille v. State, 803 So.2d 910 (Fla. 2d DCA 2002); White v. State, 935 So.2d 554 (Fla. 3d DCA 2006); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002).
NORTHCUTT, WALLACE, and CRENSHAW, JJ., Concur.